```
 1  Roger Myers (CA State Bar No. 146164)
    roger.myers@hro.com
 2  Rachel Matteo-Boehm (CA State Bar No. 195492)
    rachel.matteo-boehm@hro.com
 3  Katherine Keating (CA State Bar No. 217908)
    katherine.keating@hro.com
 4  HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
 5  San Francisco, CA  94105-2994
    Telephone:  (415) 268-2000
 6  Facsimile:   (415) 268-1999
 7
 8  Attorneys for Defendants
    AMERICAN HONDA MOTOR COMPANY INC.
 9  and RUBIN POSTAER & ASSOCIATES
10
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAL PARGMAN, SAVE THE EARTH ENTERPRISES,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO. and RUBIN POSTAER & ASSOCIATES,<br><br>Defendants. | CASE NO. CV 09 6019 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PENDING MOTIONS; SET BRIEFING SCHEDULE; AND EXTEND CASE MANAGEMENT AND ADR DEADLINES**<br><br>[CIVIL L.R. 6-2, 7-12] |

STIPULATION AND [PROPOSED] ORDER
#50251 v1 saf

Case No. CV 09 6019 SI

Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above-entitled action, Plaintiffs Neal Pargman and Save the Earth Enterprises, and Defendants American Honda Motor Company Inc. and Rubin Postaer & Associates, jointly submit this Stipulation and [Proposed] Order and respectfully request that the Court continue the hearing on Defendants' pending motions to dismiss plaintiff's complaint pursuant to FRCP 12(b)(6) and to strike plaintiffs' state law claims pursuant to Cal. Code of Civil Procedure § 425.16; set deadlines for the parties' further briefing on those motions as agreed to by the parties; and continue the case management and ADR deadlines set by the Court in its Order Setting Initial Case Management Conference and ADR Deadlines, as follows:

**A.    Motions To Dismiss And To Strike**

1.    The hearing on the motions to dismiss and to strike shall be continued from April 16, 2010 (the date set by the Court in its February 24, 2010 notice of continuance) to June 4, 2010, at 9:00 a.m.

2.    Plaintiffs' opposition to the motions shall be due on April 30, 35 days before the new hearing date.

3.    Defendants' reply to the opposition shall be due on May 21, 14 days before the new hearing date.

**B.    Case Management And ADR Deadlines**

1.    The Initial Case Management Conference shall be continued from April 2, 2010 (the date currently set in the Order Setting Initial Case Management Conference and ADR Deadlines) to June 4, 2010, at 9:00 a.m., the same date and time as the hearing on the motions to dismiss and to strike.    2:30 p.m.

2.    The time for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and their discovery plan shall be extended from the current deadline of March 12, 2010, up to and including May 24, 2010.

3.    The time for the parties to file their ADR Certification signed by parties and counsel, and to file either their Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended from the current deadline of March 12, 2010, up to and including May 28, 2010.

4. The time for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in their Rule 26(f) Report, and file their Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement, shall be extended from the current deadline of March 26, 2010, up to and including May 28, 2010.

### ATTESTATION

Concurrence in the filing of this documents has been obtained from the other signatories.

Dated: March 11, 2010

HOLME ROBERTS & OWEN LLP
ROGER MYERS
RACHEL MATTEO-BOEHM
KATHERINE KEATING

By: _____/s/_____
Roger Myers
Attorneys for Defendants
AMERICAN HONDA MOTOR COMPANY
INC. and RUBIN POSTAER & ASSOCIATES

Dated: March 11, 2010

RAM & OLSON LLP
KARL OLSON

By: _____/s/_____
Karl Olson
Attorneys for Plaintiffs
NEAL PARGMAN and
SAVE THE EARTH ENTERPRISES

### [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: March ___, 2010

_____/s/ Susan Illston_____
The Honorable Susan Y. Illston
Judge of the Superior Court