1  Roger Myers (CA State Bar No. 146164)
   roger.myers@hro.com
2  Rachel Matteo-Boehm (CA State Bar No. 195492)
   rachel.matteo-boehm@hro.com
3  Katherine Keating (CA State Bar No. 217908)
4  katherine.keating@hro.com
   HOLME ROBERTS & OWEN LLP
5  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
6  Telephone:  (415) 268-2000
7  Facsimile:   (415) 268-1999

8  Attorneys for Defendants
9  AMERICAN HONDA MOTOR CO., INC.
   and RUBIN POSTAER & ASSOCIATES
10

11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

| NEAL PARGMAN, SAVE THE EARTH ENTERPRISES, | CASE NO. CV 09 6019 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE** |
| v. | |
| AMERICAN HONDA MOTOR CO. and RUBIN POSTAER & ASSOCIATES, | [CIVIL L.R. 6-2, 7-12] |
| Defendants. | Date:  June 4, 2010<br>Time:  9:00 a.m. and 2:30 p.m.<br>Place: Courtroom 10, 19th Floor<br>[Hon. Susan Illston] |
| | Complaint Filed:  December 23, 2009 |

24     Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above-entitled action, Plaintiffs
25 Neal Pargman and Save the Earth Enterprises, and Defendants American Honda Motor Co., Inc. and
26 Rubin Postaer & Associates, have agreed on a tentative plan they believe will resolve this action and
27 therefore jointly submit this Stipulation and [Proposed] Order and respectfully request that the Court
28 continue the parties' Case Management Conference and the hearing on Defendants' pending motions

to dismiss plaintiffs' complaint pursuant to FRCP 12(b)(6) and to strike plaintiffs' state law claims pursuant to Cal. Code of Civil Procedure § 425.16.

The hearing on the motions to dismiss and to strike was previously continued by stipulation of the parties and order of the Court from April 16 to June 4, 2010. The Case Management Conference was previously continued by stipulation of the parties and order of the Court from April 2 to June 4, 2010. To allow the parties to formalize a resolution of this case, the parties respectfully request that both the hearing on the motions to dismiss and to strike and the Case Management Conference be continued from June 4 to July 23, 2010, at 9:00 a.m. and 2:30 p.m., respectively.

## ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 3, 2010

HOLME ROBERTS & OWEN LLP
ROGER MYERS
RACHEL MATTEO-BOEHM
KATHERINE KEATING

By: _____/s/_____
Roger Myers
Attorneys for Defendants
AMERICAN HONDA MOTOR CO., INC.
and RUBIN POSTAER & ASSOCIATES

Dated: June 3, 2010

RAM & OLSON LLP
KARL OLSON

By: _____/s/_____
Karl Olson
Attorneys for Plaintiffs
NEAL PARGMAN and
SAVE THE EARTH ENTERPRISES

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June ___, 2010

_____/s/ Susan Illston_____
The Honorable Susan Y. Illston
United States District Judge