1 | Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
2 | Rachel Matteo-Boehm (CA State Bar No. 195492)
rachel.matteo-boehm@hro.com
3 |
Katherine Keating (CA State Bar No. 217908)
4 | katherine.keating@hro.com
HOLME ROBERTS & OWEN LLP
5 | 560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
6 | Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
7 |

8 |

9 | Attorneys for Defendants
AMERICAN HONDA MOTOR COMPANY
10 | and RUBIN POSTAER & ASSOCIATES

11 |

UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
13 |

14 |

NEAL PARGMAN, SAVE THE EARTH
15 | ENTERPRISES,

16 |                          Plaintiffs,

17 |          v.

18 | AMERICAN HONDA MOTOR CO. and
19 | RUBIN POSTAER ASSOCIATES,

20 |                          Defendants.

21 |

22 |

23 |

CASE NO. CV 09 6019 SI

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**

**[CIVIL L.R. 6-2, 7-12]**

Date:  July 23, 2010
Time:  9:00 a.m. and 2:30 p.m.
Place:  Courtroom 10, 19th Floor
         [Hon. Susan Illston]

Complaint Filed:  December 23, 2009

24 |       The parties in the above-entitled action, Plaintiffs Neal Pargman and Save the Earth

25 | Enterprises and Defendants American Honda Motor Co., Inc. and Rubin Postaer & Associates, have

26 | agreed to have this case dismissed without resolution of Defendants' pending motions, but may not

27 | be able to file the Dismissal with Prejudice before July 23, the current date for the Case Management

28 | Conference and hearing on Defendants' pending motions to dismiss plaintiffs' complaint pursuant to

1   FRCP 12(b)(6) and to strike Plaintiffs' state law claims pursuant to California Code of Civil

2   Procedure § 425.16.  Pursuant to Civil Local Rules 6-2 and 7-12, the parties therefore submit this

3   Stipulation and [Proposed] Order to continue the Case Management Conference and hearing date.

4          The hearing on the motions to dismiss and to strike was previously continued by stipulation

5   of the parties and order of the Court from April 16 to June 4 and from June 4 to July 23.  The Case

6   Management Conference was previously continued by stipulation of the parties and order of the

7   Court from April 2 to June 4 and from June 4 to July 23.  To allow the parties to formalize and file

8   the Dismissal with Prejudice, the parties respectfully request that both the hearing on the motions to

9   dismiss and to strike and the Case Management Conference be continued from July 23 to August 13,

10   2010, at 9:00 a.m. and 2:30 p.m., respectively.

11                                          **ATTESTATION**

12          Concurrence in the filing of this document has been obtained from the other signatory.

13   Dated: July 13, 2010                     HOLME ROBERTS & OWEN LLP
                                              ROGER MYERS
14                                            RACHEL MATTEO-BOEHM
                                              KATHERINE KEATING
15

16                                            By: _____/s/_____
                                                  Roger Myers
17                                                Attorneys for Defendants
                                                  AMERICAN HONDA MOTOR CO., INC.
18                                                and RUBIN POSTAER & ASSOCIATES

19                                            RAM & OLSON LLP
     Dated: July 13, 2010                     KARL OLSON
20

21                                            By: _____/s/_____
                                                  Karl Olson
22                                                Attorneys for Plaintiffs
                                                  NEAL PARGMAN and
23                                                SAVE THE EARTH ENTERPRISES

24

25                                     **[PROPOSED] ORDER**

26          PURSUANT TO STIPULATION, IT IS SO ORDERED.

27   DATED:  July ___, 2010                  _____
                                             The Honorable Susan Y. Illston
28                                           United States District Judge

_____
STIPULATION AND [PROPOSED] ORDER                                   Case No. CV 09 6019 SI
#52879 v1 saf