Karl Olson (CA State Bar No. 104760)
kolson@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs
NEAL PARGMAN and
SAVE THE EARTH ENTERPRISES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAL PARGMAN, SAVE THE EARTH ENTERPRISES,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO. and RUBIN POSTAER ASSOCIATES,<br><br>Defendants. | CASE NO. CV 09 6019 SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Neal Pargman and Save the Earth Enterprises (collectively, "Plaintiffs") and Defendants American Honda Motor Co., Inc. and Rubin Postaer & Associates (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, Plaintiffs brought this action in the United States District Court for the Northern District of California (the "Action") alleging that Defendants use of the phrase "save the earth" in a television commercial for the Honda Civic (the "Commercial") infringed Plaintiffs' trademark rights in "Save the Earth" and constituted unfair competition under California and federal law;

WHEREAS, Defendants filed a motion to strike Plaintiffs' state law causes of action under California Code of Civil Procedure § 425.16 and to dismiss Plaintiffs' complaint under Federal Rule of Civil Procedure 12(b)(6);

1  WHEREAS, Defendants deny liability and wrongdoing of any kind and assert, *inter alia*, that
2  the use of "save the earth" in the Commercial was a non-actionable fair use; and
3  WHEREAS, the Parties disagree as to whether liability can be established against either of
4  the Defendants in the Action, whether Plaintiffs have enforceable trademark rights in the phrase
5  "save the earth" and/or are entitled to any remedies in the Action, and whether Defendants are
6  entitled to payment of their attorneys' fees and costs for defending the lawsuit under California Code
7  of Civil Procedure § 425.16(c);
8  NOW, THEREFORE, the Parties stipulate and agree to the dismissal, with prejudice, of this
9  the Action and all claims alleged therein, with each party to bear its own costs and attorneys fees.

Dated: July 23 2010

RAM & OLSON LLP
KARL OLSON


By: _____/s/_____
Karl Olson
Attorneys for Plaintiffs
NEAL PARGMAN and
SAVE THE EARTH ENTERPRISES

Dated: July 20, 2010

HOLME ROBERTS & OWEN LLP
ROGER MYERS
RACHEL MATTEO-BOEHM
KATHERINE KEATING

By: _____/s/_____
Roger Myers
Attorneys for Defendants
AMERICAN HONDA MOTOR CO., INC.
and RUBIN POSTAER & ASSOCIATES



IT IS SO ORDERED
Judge Susan Illston

STIPULATION OF DISMISSAL
#52274 v2 saf

Case No. CV 09 6019 SI

# EXHIBIT A

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: July 23, 2010             By:      */s/ Karl Olson*
                                          Karl Olson
                                          kolson@ramolson.com
                                          RAM & OLSON LLP
                                          555 Montgomery Street, Suite 820
                                          San Francisco, CA 94111
                                          Tel: 415-433-4949
                                          Fax: 415-433-7311
                                          *Attorneys for Plaintiffs*
                                          *NEAL PARGMAN and*
                                          SAVE THE EARTH ENTERPRISES